AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

TIMOTHY GUSLER

v.

Matthew Fischer, Salvatore Guerreri, Peter J. Listro Assoc., Ltd., Unisar, Inc., Avita Corp., Target Corp., Toys "R" Us, Inc., Amazon.com, Inc., Wal-Mart Stores, Inc. and Chelsea & Scott, Ltd.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 9535 (RWS)

TO: (Name and address of Defendant)

Matthew Fischer
44 E.32nd Street
New York, New York 10016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen M. Chin
Charles von Simson
von Simson & Chin LLP
62 William Street, Sixth Floor
New York, New York 10005

an answer to the complaint which is served on you with this summons, within    twenty    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    DATE    Format m/d/yyyy

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE    Format m/d/yyyy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
              Format m/d/yyyy      Signature of Server

                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.