UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TIMOTHY GUSLER,                                              07 Civ. 9535

                      Plaintiff,                          **NOTICE OF APPEARANCE**

    -against-

MATTHEW FISCHER, SALVATORE GUERRERI,
PETER J. LISTRO ASSOCIATES, LTD., UNISAR, INC.,
AVITA CORPORATION, TARGET CORPORATION,
TOYS "R" US, INC., AMAZON.COM, INC.,
WAL-MART STORES, INC. and CHELSEA & SCOTT,
LTD. d/b/a ONESTEP AHEAD,

                      Defendants.

------------------------------------------------------------------x

        Please take notice that the undersigned appears herein as counsel for the defendants MATTHEW FISCHER and SALVATORE GUERRERI , and demands that all papers served herein be served upon him.

Dated: New York, New York
       November 12, 2007

                                        JAROSLAWICZ & JAROS, LLC
                                        Attorneys for Defendants Fischer & Guerreri
                                        225 Broadway, 24th Floor
                                        New York, New York 10007
                                        (212) 227-2780

                                        By:     s/David Jaroslawicz
                                              *David Jaroslawicz (6931)*

TO:

VON SIMSON & CHIN LLP
Attorneys for Plaintiff
62 William Street, 6th Floor
New York, New York 10005
(212) 514-8645

## DECLARATION

Rochelle Meyer, under the penalty of perjury, declares that the following is true and accurate.

That she is over eighteen years of age, is not a party to this action; and is employed by the attorney for the plaintiff(s) herein. That on November 12, 2007 she served the within:

**Notice of Appearance**

upon the following, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

VON SIMSON & CHIN LLP
Attorneys for Plaintiff
62 William Street, 6th Floor
New York, New York 10005


Dated:  New York, New York
        November 12, 2007


                                             s/Rochelle Meyer
                                             Rochelle Meyer