# GALVIN & PALMER
### ATTORNEYS AT LAW
### 630 THIRD AVENUE
### NEW YORK, NEW YORK 10017-6705

(212) 963-8900

TELECOPIER: (212) 963-8903

November 16, 2007



VIA FACSIMILE ONLY
FAX NO.: 212-805-7925

The Honorable Robert W. Sweet
United States District Court
500 Pearl Street, Room 1920
New York, New York 10007

Re: Timothy Gusler v. Matthew Fischer et al.
07 Civ. 9535 (RWS)

Dear Judge Sweet:

We represent defendants, Peter J. Listro Associates, Ltd and Unisar, Inc. in the above-referenced action. We write to respectfully request a two week extension of time, until December 4, 2007 to answer, or otherwise move with respect to the complaint. The original date for response to the complaint is November 20, 2007. This is the first request for extension of time and counsel for the plaintiff, Stephen M. Chin, Esq. consented to this request in a telephone conversation with the undersigned on November 16, 2007. This letter is being sent to chambers pursuant to authorization given by the court's deputy, Tsz Chan today.

So ordered
[signature] TOSO
11-19-07

Respectfully submitted,

Galvin & Palmer

By: [signature]
Sheldon Palmer (9703)

SP:ps

cc (via fax):  von Simson & Chin, LLP (Fax No. 212-514-8648)
Philip Purgang, Esq.
Mr. Peter J. Listro