UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY GUSLER,<br><br>*Plaintiff,*<br><br>v.<br><br>MATTHEW FISCHER, SALVATORE GUERRERI, PETER J. LISTRO ASSOCIATES, LTD., UNISAR, INC., AVITA CORPORATION, TARGET CORPORATION, TOYS "R" US, INC., AMAZON.COM, INC., WAL-MART STORES, INC. and CHELSEA & SCOTT, LTD. d/b/a ONSTEP AHEAD,<br><br>*Defendants.* | Civil Action No. 07 CV 9535 (RWS)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearances of Jeffrey M. Kaden and Yuval H. Marcus, Esq. of Gottlieb Rackman & Reisman, P.C., 270 Madison Avenue, New York, N.Y. 10016, as lead counsel for Defendants Matthew Fischer and Salvatore Guerreri. Hereafter, please include Jeffrey M. Kaden and Yuval H. Marcus, and their e-mail information, on the CM/ECF service list for Defendants Matthew Fischer and Salvatore Guerreri.

                                              Respectfully submitted,
                                              GOTTLIEB, RACKMAN & REISMAN P.C.
                                              Attorneys for Defendants
                                               Matthew Fischer and Salvatore Guerreri
                                              270 Madison Avenue
                                              New York, N.Y. 10016
                                              (212) 684-3900

                                              By: _____
                                                  Jeffrey M. Kaden (JK 2632)
                                                  jkaden@grr.com
                                                 Yuval H. Marcus (YM 5348)
                                                 ymarcus@grr.com

Dated: New York, New York
         November 21, 2007