# GALVIN & PALMER
ATTORNEYS AT LAW
630 THIRD AVENUE
NEW YORK, NEW YORK 10017-6705

(212) 983-8900

TELECOPIER: (212) 983-8903



November 29, 2007

VIA FACSIMILE ONLY
FAX NO.: 212-805-7925

The Honorable Robert W. Sweet
United States District Court
500 Pearl Street, Room 1920
New York, New York 10007

Re: Timothy Gusler v. Matthew Fischer et al.
07 Civ. 9535 (RWS)

Dear Judge Sweet:

We represent defendants, Peter J. Listro Associates, Ltd and Unisar, Inc. in the above-referenced action. We write to respectfully request a five week extension of time, until January 8, 2008 to answer, or otherwise move with respect to the complaint. The original date for response to the complaint was November 20, 2007 and was previously extended to December 4, 2007. This is the second request for extension of time and co-counsel for the plaintiff, Charles von Simson, Esq. consented to this request in telephone conversations with the undersigned on November 27 and 29, 2007 during which settlement was discussed. This letter is being sent to chambers pursuant to authorization previously given by the court's deputy, Mr. Tsz Chan.

So ordered
Sweet USDJ
11-29-07

Respectfully submitted,

Galvin & Palmer

By: _____
Sheldon Palmer (9703)

SP:ps

cc (via fax): von Simson & Chin, LLP (Fax No. 212-514-8648)
Philip Furgang, Esq.
Mr. Peter J. Listro