UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY GUSLER,<br>*Plaintiff,*<br>v.<br>MATTHEW FISCHER, SALVATORE GUERRERI, PETER J. LISTRO ASSOCIATES, LTD., UNISAR, INC., AVITA CORPORATION, TARGET CORPORATION, TOYS "R" US, INC., AMAZON.COM, INC., WAL-MART STORES, INC. and CHELSEA & SCOTT, LTD. d/b/a ONSTEP AHEAD,<br>*Defendants.* | Civil Action No. 07 CV 9535 (RWS)<br><br>**STIPULATION AND PROPOSED ORDER** |




It is hereby stipulated by the parties, through their attorneys, that the time for defendants Matthew Fischer and Salvatore Guerreri to answer or move against the Complaint is extended up to and including December 10, 2007.

VON SIMSON & CHIN, LLP
Attorneys for Plaintiff

By: ______________________
Stephen M. Chin (SC 8084)
Charles von Simson (CV 1038)
62 William Street, Sixth Floor
New York, New York 10005
(212) 514-8645

Dated: November 26 2007

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Defendants Matthew Fischer and Salvatore Guerreri

By: ______________________
Jeffrey M. Kaden (JK 2632)
Yuval H. Marcus (YM 5348)
270 Madison Avenue, 8th Floor
New York, New York 10016
(212) 684-3900

Dated: November 21, 2007

IT IS SO ORDERED:

Dated: New York, New York
November 29, 2007

______________________
United States District Judge