UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY GUSLER,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW FISCHER, SALVATORE GUERRERI, PETER J. LISTRO ASSOCIATES, LTD., UNISAR, INC., AVITA CORPORATION, TARGET CORPORATION, TOYS "R" US, INC., AMAZON.COM, INC., WAL-MART STORES, INC. and CHELSEA & SCOTT, LTD. d/b/a ONSTEP AHEAD,<br><br>Defendants. | Civil Action No. 07 CV 9535 (RWS)<br><br>**STIPULATION AND<br>PROPOSED ORDER** |



It is hereby stipulated by the parties, through their attorneys, that the time for defendants Matthew Fischer and Salvatore Guerreri to answer or move against the Complaint is extended up to and including December 10, 2007.

| | |
|---|---|
| VON SIMSON & CHIN, LLP<br>Attorneys for Plaintiff<br><br>By: _____<br>Stephen M. Chin (SC 8094)<br>Charles von Simson (CV 1038)<br>62 William Street, Sixth Floor<br>New York, New York 10005<br>(212) 514-8645<br><br>Dated: November 26, 2007 | GOTTLIEB, RACKMAN & REISMAN, P.C.<br>Attorneys for Defendants Matthew<br>Fischer and Salvatore Guerreri<br><br>By: _____<br>Jeffrey M. Kaden (JK 2632)<br>Yuval H. Marcus (YM 5348)<br>270 Madison Avenue, 8th Floor<br>New York, New York 10016<br>(212) 684-3900<br><br>Dated: November 21, 2007 |

IT IS SO ORDERED:

Dated: New York, New York
November ___, 2007

_____
United States District Judge

12.4.07