## GALVIN & PALMER
ATTORNEYS AT LAW
630 THIRD AVENUE
NEW YORK, NEW YORK 10017-6705

(212) 983-8900

TELECOPIER: (212) 983-8903

December 7, 2007



VIA FACSIMILE ONLY
FAX NO.: 212-805-7925
The Honorable Robert W. Sweet
United States District Court
500 Pearl Street, Room 1920
New York NY 10007

Re: Timothy Gusler v. Matthew Fischer et al.
07 Civ. 9535 (RWS)

Dear Judge Sweet:

Further to our letter of November 29, 2007, in which we informed the court that we represent defendants, Peter J. Listro Associates, Ltd and Unisar, Inc. in the above-referenced action, and that puruant to a stipulation between us and counsel for the plaintiff the time to answer or otherwise move had been extended to January 8, 2008. We would now respectfully advise the court that in addition to defendants, Peter J. Listro Associates, Ltd and Unisar, Inc., we also represent defendants Target Corporation, Toys "R" Us, Inc., Amazon.com, Inc. and Wal-Mart Stores, Inc., and ask that the five week extension of time, until January 8, 2008 to answer, or otherwise move be granted with respect to all defendants represented by us. The original date for response to the complaint was November 20, 2007 and was previously extended to December 4, 2007. Co-counsel for the plaintiff, Charles von Simson, Esq. consented to this request in telephone conversations with the undersigned on November 27 and 29, 2007 during which settlement was discussed.

Respectfully submitted,

Galvin & Palmer

By: [signature]
Sheldon Palmer (9703)

cc (via fax): von Simson & Chin, LLP (Fax No. 212-514-8648)

So ordered
[signature] USDJ
12-7-07