UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY GUSLER,

        *Plaintiff*,

v.

MATTHEW FISCHER, SALVATORE GUERRERI, PETER J. LISTRO ASSOCIATES, LTD., UNISAR, INC., AVITA CORPORATION, TARGET CORPORATION, TOYS "R" US, INC., AMAZON.COM, INC., WAL-MART STORES, INC. and CHELSEA & SCOTT, LTD. d/b/a ONSTEP AHEAD,

        *Defendants*.

Civil Action No. 07 CV 9535 (RWS)

**STIPULATION AND PROPOSED ORDER**



12/18/07

It is hereby stipulated by the parties, through their attorneys, that the time for defendants Matthew Fischer and Salvatore Guerreri to answer or move against the Complaint is extended up to and including January 8, 2008.

VON SIMSON & CHIN, LLP
Attorneys for Plaintiff

By: _____
Stephen M. Chin (SC 8094)
Charles von Simson (CV 1038)
62 William Street, Sixth Floor
New York, New York 10005
(212) 514-8645

Dated: December 7, 2007

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Defendants Matthew Fischer and Salvatore Guerreri

By: _____
Jeffrey M. Kaden (JK 2632)
Yuval H. Marcus (YM 5348)
270 Madison Avenue, 8th Floor
New York, New York 10016
(212) 684-3900

Dated: December 4, 2007

IT IS SO ORDERED:

Dated: New York, New York
      December 17, 2007

_____
United States District Judge
Part I