**GALVIN & PALMER**
Sheldon Palmer (SP-9703)
Philip Furgang (PF-5654)
Stephanie Furgang Adwar (SA-1711)
630 Third Avenue
New York NY 10017
212-983-8900

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X   07 CV 9535 (RWS)
TIMOTHY GUSLER,

                                Plaintiff,

      -against-

MATTHEW FISCHER, SALVATORE GUERRERI,
PETER J. LISTRO ASSOCIATES, LTD., UNISAR, INC.,
AVITA CORPORATION, TARGET CORPORATION,
TOYS "R US, INC., AMAZON.COM, INC.,   **AFFIRMATION IN TO**
WAL-MART STORES, INC., and CHELSEA &   **SUPPORT OF MOTION**
SCOTT, LTD. d/b/a ONESTEP AHEAD,   **DISMISS**

                                Defendants.
-------------------------------------------------------------------X

I, Sheldon Palmer affirm that:

      1.      I am an attorney and member of Galvin & Palmer, one of the attorneys representing defendants Peter J. Listro Associates, Ltd., Unisar, Inc., Target Corporation, Toys "R Us, Inc., Amazon.com, Inc., Wal-Mart Stores, Inc., and Chelsea & Scott, Ltd. I make this affirmation upon my personal knowledge.

      2.      Attached as Exhibit 1 is a true copy of part of Exhibit A, attached to the Complaint.

      3.      Attached as Exhibit 2 is a true copy of on-line advertisements of The Product (as defined in the attached brief).

      4.      Attached as Exhibit 3 is a side-by-side comparison of the embodiment of plaintiff's drawing and The Product.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on: <u>January 3, 2008</u>

                                      /Sheldon Palmer/
                                      Sheldon Palmer (SP-9703)