# Exhibit 3


