## CERTIFICATE OF SERVICE

    I certify that I have caused to be served on this date a copy of the within Motion to Dismiss, including the notice of motion, affirmation in support of the motion, and brief in support of the motion upon plaintiff by serving his attorneys von Simson & Chin and upon defendants Matthew Fischer and Salvatore Guerreri by serving their attorneys Gottlieb Rackman & Reisman, P.C. and Jaroslawizc & Jaros, LLC by filing same with the United States District Court for the Southern District of New York and thereby causing the court's ECF system to serve , their respective attorneys.

                   FURGANG & ADWAR, LLP

                   By:/Philip Furgang
                   Furgang & Adwar, L.L.P.
                   Attorneys for Defendants
                   Peter J. Listro Associates, Ltd.,
                   Unisar, Inc., Target Corporation,
                   Toys "R Us, Inc., Amazon.com, Inc.,
                   Wal-Mart Stores, Inc., and
                   Chelsea & Scott, Ltd.

Dated:   January 3, 2008
        New York, New York