**GALVIN & PALMER**
Sheldon Palmer (SP-9703)
630 Third Avenue
New York NY 10017
212-983-8900
*palmersp@aol.com*

**FURGANG & ADWAR, L.L.P.**
Philip Furgang (PF-5654)
Stephanie Furgang Adwar (SA-1711)
1325 Avenue of the Americas – 28th Floor
New York, NY 10019
212-725-1818
*philip@furgang.com*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X   07 CV 9535 (RWS)
TIMOTHY GUSLER,

                              Plaintiff,

      -against-                        **NOTICE OF APPEARANCE**

MATTHEW FISCHER, SALVATORE GUERRERI,
PETER J. LISTRO ASSOCIATES, LTD., UNISAR, INC.,
AVITA CORPORATION, TARGET CORPORATION,
TOYS "R US, INC., AMAZON.COM, INC.,
WAL-MART STORES, INC., and CHELSEA &
SCOTT, LTD. d/b/a ONESTEP AHEAD,         **NOTICE OF APPEARANCE**

                              Defendants.
-----------------------------------------------------------------------X

    **Please take notice** that the undersigned appears herein as counsels for the defendants **Peter J. Listro Associates, Ltd.**, **Unisar, Inc.**, **Target Corporation**, **Toys "R Us, Inc.**, **Amazon.com, Inc.**, **Wal-Mart Stores, Inc.**, and **Chelsea & Scott, Ltd.** and demands that all papers served herein be served upon them.

-1-

Dated: New York, New York
      January 3, 2008

                                            GALVIN & PALMER

                                            /Sheldon Palmer/
                                            Sheldon Palmer (SP-9703)
                                            630 Third Avenue
                                            New York NY 10017
                                            212-983-8900
                                            *palmersp@aol.com*

TO:
VON SIMSON & CHIN LLP
Attorneys for Plaintiff
62 William Street, 6th Floor
New York, New York 10005
(212) 514-8645

Attorneys for Defendants
      Matthew Fischer and Salvatore Guerreri:

GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York NY 10016
212-684-9300

and

JAROSLAWICZ & JAROS, LLC
225 Broadway, 24th Floor
New York, New York 1007
212-227-2780