## CERTIFICATE OF SERVICE

   I certify that I have caused to be served on this date a copy of the within Notice of Appearance by Sheldon Palmer, Esq., upon plaintiff by serving his attorneys von Simson & Chin and upon defendants Matthew Fischer and Salvatore Guerreri by serving their attorneys Gottlieb Rackman & Reisman, P.C. and Jaroslawizc & Jaros, LLC by filing same with the United States District Court for the Southern District of New York and thereby causing the court's ECF system to serve , their respective attorneys.

              GALVIN & PALMER,

              By:/Sheldon Palmer/

              Galvin & Palmer
              Attorneys for Defendants
              Peter J. Listro Associates, Ltd.,
              Unisar, Inc., Target Corporation,
              Toys "R Us, Inc., Amazon.com, Inc.,
              Wal-Mart Stores, Inc., and
              Chelsea &  Scott, Ltd.

Dated:   January 3, 2008
      New York, New York

1