# CERTIFICATE OF SERVICE

   I certify that I have caused to be served on this date a copy of the within Notice of Appearance by Philip Furgang, Esq., upon plaintiff by serving his attorneys von Simson & Chin and upon defendants Matthew Fischer and Salvatore Guerreri by serving their attorneys Gottlieb Rackman & Reisman, P.C. and Jaroslawizc & Jaros, LLC by filing same with the United States District Court for the Southern District of New York and thereby causing the court's ECF system to serve , their respective attorneys.

                      FURGANG & ADWAR, L.L.P.

                      By:/Philip Furgang/
                      Attorneys for Defendants
                      Peter J. Listro Associates, Ltd.,
                      Unisar, Inc., Target Corporation,
                      Toys "R Us, Inc., Amazon.com, Inc.,
                      Wal-Mart Stores, Inc., and
                      Chelsea & Scott, Ltd.

Dated:  January 3, 2008
      New York, New York