# Exhibit 1



Note - This Design Concept Drawing is Shown to Illustrate A New Design Concept And Are Intended For The Use to R+D in the Construction of A Functional Prototype For The Retail Market.

Screw Top Sealed

Mucus Discharge Jar

Note - Tips Maybe Disposable To Be Determined in R+D.

Surgical Rubber (Nose Tip)

Nose Tips (Various Orifices)

Tapered-To Prevent Excessive Insertion

Medical - Infants Nazelclear

Portable Battery Powered - Nose Vac

| | |
|---|---|
| SCALE: N/A | APPROVED BY: |
| DATE: 2-16-97 | DRAWN BY: T.G. |
| Design Concept By - 2-26-97 | REVISED 6-12-02 |
| Timothy D. Gusler | |
| Discharge Jar / Nose Tips | DRAWING NUMBER #1A |

Todd Willison

NOTARY PUBLIC
COMMISSION EXPIRES



Note - This Design Concept Drawing is Shown to
Illustrate A New Design Concept And Are
Intended For The Use to R+D in the
Construction of A Functional Prototype
For the Retail Market.

Design Note : Unit Should Incorporate
A light and Music or Pleasant
Sounds to Distract Infant
While in Use.

Vacuum Discharge

Vacuum Unit Body

Sound

Battery Compartment
* Note - Multible C-D or AA
Size Batterys Required
For A Powerful Enough
Motor. Rechangeable May
Also Be offered.

Integrated Unit Version
Updated For Patent Revision

Discharge Jar

Nasal Tip

Opt. Light

| Medical - Infants Naze/clear | | |
|---|---|---|
| Portable Battery Powered-Nose Vac | | |
| SCALE: N/A | APPROVED BY: | DATE: 2-26-97 |
| Design Concept By - 2-26-97 | DRAWN BY T.G. | |
| Timothy D. Gusler | REVISED 6/12-02 | |
| Vacuum Unit Illistration | DRAWING NUMBER #1 Revision #1 | |