# Exhibit 2

# NasalClear®

[Close Window](#) 

 





Select a BébéSounds® product

- HOME
- WHERE TO BUY
- WARRANTY REGISTRATION
- REGISTER COUPONS, PRIZES
- PRESS RELEASES
- YOU & YOUR BABY
- YOUR PRODUCT IDEA
- INTERNATIONAL
- ABOUT US
- CAREERS
- CONTACT US
- RETAILER LOGIN

**Download Manual**    **FAQ**    **Testimonials**

**Awards**    **Warranty Registration**    **Where to Buy**

## NasalClear® Clear stuffy noses FAST!™



**See Detailed Views**

NasalClear® is a new battery operated nasal aspirator. It quickly, easily, and safely clears your baby's stuffy nose and helps her breathe more freely. The NasalClear® aspirator provides you with suction that is stronger than that of a traditional manual aspirator, yet gentle enough to use safely and comfortably on your newborn or toddler. Battery operation lets you control the suction, so that you maintain the suction or release it as needed.

NasalClear® operates on 2 AA batteries and includes 2 different tips to accommodate different shaped nostrils and a variety of congestion conditions. The tips are made of soft silicone, making them comfortable for children of all ages. Although NasalClear® has greater suction power than a manual aspirator, it is still gentle enough to use on newborns.

It comes apart for easy and thorough cleaning and is dishwasher safe. NasalClear® includes a plastic collection cup that helps you evaluate your baby's level of congestion. Also, the aspirator plays 12 different children's tunes to help distract the baby while in use.
It requires AA batteries (not included).

**Model #BR140**

*All BébéSounds® products may not be available on all web sites or in all specialty stores.*

### Where to Buy:

### Retail Stores

- buybuy Baby
- Babies "R" Us
- Wal-mart
- Toys R Us

### Internet Stores

**Target.com**    **BabyCenter.com**

**Hello, Philip Furgang.** We have recommendations for you. (Not Philip?)



**9 days left to order**
using FREE Super Saver Shipping
Restrictions Apply

Philip's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards    Your Account | Help

Amazon.com    nasalclear



**Amazon Kindle** — Amazon's revolutionary wireless reading device.

The world's best newspapers, magazines, blogs and over 90,000 books auto-delivered to you wirelessly on a screen so paper-like, it begs to be read. Learn more

### Category
**Any Category**
 Baby (5)
 Health & Personal Care (4)
 Office Products (1)
 Home & Garden (1)
 Electronics (1)

### Listmania!



First Time Mom's Must Have List: A list by J. DeBuck



Christmas Gift Ideas for our Family: A list by Mary

▶ Create a Listmania! list

**Search Listmania!**


ADVERTISEMENT

**"nasalclear"**

**Related Searches:** nosefrida.

Showing Top Results

1. 

   **BébéSounds Nasal Clear Battery Operated Nasal Aspirator**
   by BébéSounds (Sep 27, 2006)
   Buy new: $29.84 **$19.99**
   In Stock
   ★★★½☆ (32)
   **Baby:** See all 5 items

2. 

   **NasalClear Nasal Aspirator - BR140** by Unisar
   Buy new: **$19.99**
   In Stock
   ★★★★☆ (11)
   **Baby:** See all 5 items

3. 

   **Nosefrida Nasal Aspirator** by Nosefrida USA LLC

   ★★★★★ (28)
   **Baby:** See all 5 items

4. 

   **Unisar BR140 BebeSounds Nasal Clear Battery Operated Nasal Aspirator** by Unisar
   Buy new: **$17.99**    2 Used & new from $16.12
   ★★½☆☆ (1)
   **Health & Personal Care:** See all 4 items

5. **Boon Flo** by Boon (Jun 2, 2006)
   Buy new: **$15.99**
   Get it by **Tuesday, Dec 11** if you order in the next **29 hours** and choose one-day shipping.
   Eligible for **FREE** Super Saver Shipping.
   ★★★★☆ (40)
   **Baby:** See all 5 items



6.  **BebeSounds NasalClear Nasal Aspirator** by BeBeLove USA

   Buy new: **$18.95**

   *Health & Personal Care:* See all 4 items

7.  **NasalClear Nasal Aspirator** by BEBE SOUND

   1 Used & new from $21.30

   ★★★☆ (1)
   *Office Products:* See all items

8.  **BEBE SOUND BEBE-BR140 NasalClear Nasal Aspirator** by BEBE SOUND

   Buy new: $37.38 **$28.99**

   In stock. Processing takes an additional 2 to 3 days.
   *Baby:* See all 5 items

9.  **NasalClear Nasal Aspirator** by BébéSounds

   4 Used & new from $19.99

   *Electronics:* See all items

10.  **Summer Infant Ear & Throat Exam Kit** by Summer Infant, Inc. (Jan 10, 2007)

    Buy new: $19.99 **$12.99**

    In Stock

    ★★★★☆ (3)
    *Baby:* See all 5 items

11. **NasalClear Nasal Aspirator** by ASuperShop Home

    Buy new: $49.35 **$37.93**     2 Used & new from $37.93

    Usually ships in 6 to 10 days
    *Home & Garden:* See all items

12.  **Bebe Sounds NasalClear Aspirator Refills 4 Pk** by Bebe Sounds

    Available at external website: MyStrollers for **$3.50**

    *Baby:* See all 5 items

Showing Top Results

**S P O N S O R E D   L I N K S**  ( What's this? )

Good Mom, Bad Mom
www.The-Other-Mother.com     Buy "The Other Mother: A Novel." It's a Must-Read Book for All Moms.



All Products  [GO]   Sign In  |  New Guest?

**Narrow By Department**
Beauty (1)
Baby (1)

**Narrow By Price**
$0-$24 (1)

**All Results**
All search results (1)
Baby (1)
Beauty (1)



**1 match for "nasalclear aspirator"**



NasalClear Nasal Aspirator - BR140   $19.99

Usually ships in 24 hours

free shipping with minimum purchase

[+ ADD TO CART]





E-mail address:   [GO]

| | | |
|---|---|---|
| Shipping Dates | Toy Catalog | Gift Wrap |
| Track an Order | Promotion Details | Store Hours |



Apply Now
Manage My Account
Card Benefits
Target Business Card

Find a Store
Weekly Ad
SuperTarget Coupons
Target Photo
Portrait Studio
Optical
Health
Pharmacy
See All

Salvation Army
Target House
Take Charge of Education
Safe Families and Communities
Arts
Target Field Trip Grants

About Target
Our Values
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Shipping
Shopping Directory
My Account
Product Recalls
Contact Us
See All

Help | My Account | Email Signup | Store Locator | Wishlist | Shopping Cart (0 Items)



Search:
Baby Products

Home > Health & Safety > Baby Care & Grooming Sets



PRODUCT ZOOM

### Bebesounds NasalClear Nasal Aspirator

by: Peter J. Listro Associates

Able to play 12 tunes to help distract your child while in use, the NasalClear Nasal Aspirator from BebeSounds quickly, easily, and safely clears your baby's stuffy nose and helps her or him to breath more freely. The aspirator also…(read more)

Get $20 OFF $75! Click here for details. - (details)

**Average Customer Rating**


(7 Ratings)

Rate and Review this Item        Read 7 Reviews



TEMPORARILY NOT AVAILABLE ONLINE

List Price: $29.99
Our Price: **$19.99**

STORE LOCATOR
NOTIFY ME WHEN AVAILABLE
ADD TO BABY REGISTRY
ADD TO MY WISHLIST
EMAIL A FRIEND

RELATED ITEMS



Vicks Health Check Monitor
Our Price: **$14.99**

☐ Include this item when you add to cart

Germ Guardian UV-C Air Sanitizer
Our Price: **$149.99**

☐ Include this item when you add to cart

Sesame Street Humidifier
Our Price: **$29.99**

☐ Include this item when you add to cart

ADD ITEM(S) TO CART
ADD TO BABY REGISTRY

### PRODUCT INFORMATION

**Product Description**

Able to play 12 tunes to help distract your child while in use, the NasalClear Nasal Aspirator from BebeSounds quickly, easily, and safely clears your baby's stuffy nose and helps her or him to breath more freely. The aspirator also provides you with suction that is stronger than that of a traditional manual aspirator, yet gentle enough to use safely and comfortably on your newborn.

**Item #:** 795752
**SKU:** 1673F172
**UPC/EAN/ISBN:** 710033002055
**Manufacturer #:** BR140

ADDITIONAL WAYS TO PAY
PayPal HURRY...LIMITED TIME OFFER! GET $20 OFF $75 or more using PayPal at Checkout! DETAILS >>

**PRODUCT REVIEWS SUMMARY**

**Average Customer Rating:**    (based on 7 ratings)

We'd like your opinion! Rate and Review this Item

**REVIEWED BY 7 CUSTOMERS**    Sort by: Newest

Displaying Reviews **1-7** of 7


**Finally, a solution!**

By **texroja** from **Dallas, TX** on **12/16/2007**

**Bottom Line:**   Yes, I would recommend this to a friend

My son used to laugh when I used the bulb syringe to remove daily mucus, but it was traumatic for both of us when the real congestion needed to be cleared. I thought this product looked like a quicker and more effective way to clear his nose, but I was concerned about some reviews



Sign in or create a new account.
Cart  My Account  Track Order  Help
Registry  Wish List  Gift Cards

 Baby Products    FOR [____] FIND    See all **departments**

You are here: Home Page > Baby

# BEBESOUNDS NASALCLEAR NASAL ASPIRATOR

★★★★☆ (1 Customer Rating)

Read reviews or write a review

NEW IN MANY STORES

**$19.94**

[ADD TO CART]

--OR--

[FIND IN STORE]

Add to:   Wish List   Registry

**Availability:**
- **Online** - **IN STOCK**
- **In Store** - Find in Store

**Delivery Options:**
- site to store
  Free shipping to your store.
  Arrives in 7 to 10 business days.
- Ship to home
  Usually takes 24 to 48 hours to process.
  See estimated arrival date.

**Information below:**
- Features & Specifications
- May We Also Suggest
- Warranty Information
- Gifting Options
- 0% Interest Offer / Payment Options
- Shipping & Delivery

**May We Also Suggest**

Johnson's Baby Relief Kit
★★★★☆
$29.97

Summer Infant Perfect Beginnings Baby Care Kit
★★★★☆
$39.96

↓ See more below

⊕ Enlarge image

## Features & Specifications

The NasalClear nasal aspirator lets you safely and quickly clear your baby's nasal congestion and help them breathe more easily. It works so quickly, the congestion will be cleared before baby has time to fuss.

- Battery operation lets you control the suction or release it as needed
- Suction is stronger than that of a traditional manual aspirator yet gentle enough to use on a newborn
- Soft flexible silicone tips make it gentle, comfortable, and safe
- Two different shaped tips accommodate different nostril shapes and types of congestion
- Clear plastic collection cup helps you evaluate your baby's level of congestion
- Plays 12 children's tunes to help distract your baby
- Comes apart for easy cleaning and is dishwasher safe
- Includes convenient storage pouch
- Requires two "AA" batteries (not included)

| | |
|---|---|
| Shipping Weight (in pounds): | 0.53 |
| Product in Inches (L x W x H): | 2.0 x 6.0 x 9.5 |
| Assembled in Country of Origin: | USA and/or Imported |
| Origin of Components: | USA and/or Imported |