UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

TIMOTHY GUSLER,

              Plaintiff,

    - against -

MATTHEW FISCHER, et al.,

              Defendants.

-------------------------------------------X

07 Civ. 09535 (RWS)

O R D E R

**Sweet, D.J.,**

        The Defendants' motions to dismiss (Docket nos. 18, 21, and 23) will be heard at noon on Wednesday, January 30, 2008, in courtroom 18C.  All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

New York, NY
January /4, 2008

                        ROBERT W. SWEET
                        U.S.D.J.