UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

TIMOTHY GUSLER,

               Plaintiff,

  - against -

MATTHEW FISCHER, et al.,

               Defendants.

------------------------------------------X

07 Civ. 09535 (RWS)

O R D E R

Sweet, D.J.,

      The Corporate Defendants' motion to stay discovery, dated January 14, 2008, will be heard at noon on Wednesday, January 30, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
January 17, 2008

                              ROBERT W. SWEET
                                 U.S.D.J.