UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Timothy Gusler
       Plaintiff,

-V-

Matthew Fischer, Salvatore Guerreri, Peter J. Listro Associates, LTD., Unisar, Inc., et. al.
       Defendants,

**CERTIFICATE OF MAILING**

07 CV 9535 (RWS)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

29th day of January, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

25th day of October, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**7992 6287 8876**

*J. Michael McMahon*
CLERK

Dated: New York, NY



vS&C   von Simson & Chin LLP

CHARLES VON SIMSON
Attorney at Law
62 William Street · Sixth Floor
New York, New York 10005
ph 212-514-8645
direct dial 212-514-8652
fax 212-514-8648
cvs@vsandc.com

January 29, 2008

BY HAND

J. Michael McMahon
Clerk of the Court
United States District Court
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    Timothy Gusler v. Matthew Fischer, Salvatore Guerreri, Peter J. Listo Associates,
       Ltd., Unisar, Inc., Avita Corporation, Target Corporation, Toys "R" Us, Inc.,
       Amazon.com, Inc., Wal-Mart Stores, Inc. and Chelsea and Scott, Ltd.
       Case No. 07 Civ. 9535 (RWS)

---

FedEx | Ship Manager | Label 799262878876                                               1/29/08 10:54 AM

From:  Origin ID: FIDA  (212) 514-8645
Charles von Simson
von Simson & Chin LLP
62 William Street
Sixth Floor
New York, NY 10005
UNITED STATES

SHIP TO: 2.8512.1568        BILL SENDER
**Chief Executive Officer**
**Avita Corporation**
**9th Floor, No. 78 Section 1**
**Kwang-Fu Road, Taipei County**

**San-Chung,**
TW

Ship Date: 29JAN08
ActWgt: 0.1 LB
System#: 8675781/INET8011
Account#: S ********              TotWgt: 0 LB

REF:
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: .00 USD
CUSTOMS VALUE: USD
T/C: S 320912008    D/T: R
SIGN: Charles von Simson
EIN/VAT:

TRK# 0430  7992 6287 8876    **INTL PRIORITY**

-TW




These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.