

**von Simson & Chin LLP**

Charles von Simson
*Attorney at Law*
62 William Street · Sixth Floor
New York, New York 10005
ph 212-514-8645
direct dial 212-514-8652
fax 212-514-8648
cvs@vsandc.com

February 1, 2008

<u>VIA ECF FILING; COURTESY COPY BY FEDERAL EXPRESS</u>

Hon. Robert W. Sweet
United States District Court
  Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:   Timothy Gusler v. Matthew Fischer, Salvatore Guerreri, Peter J. Listro Associates, Inc., Unisar, Inc., Avita Corporation, Target Corporation, Toys "R" Us, Inc., Amazon.com, Inc., Chelsea & Scott, Ltd. and Wal-Mart Stores, Inc.,
<u>Case No. 07 CV 9535 (RWS)</u>

Dear Judge Sweet:

    This firm represents plaintiff Timothy Gusler in the referenced action. At the motion hearing on January 30, 2008 regarding defendants' motions to dismiss and motion to stay discovery, the Court denied the motion to stay discovery from the bench. The Court took defendants' motions to dismiss under consideration.

    The initial conference scheduled for January 23, 2008 was adjourned pending the hearing of defendants' motions. In light of the Court's ruling denying defendants' motion to stay discovery, plaintiff respectfully requests that the Court order an initial conference so that discovery may begin.

    I contacted counsel for defendants to notify them that I intended to request an initial conference. Counsel for defendants declined to join my request.

Respectfully,

Charles von Simson

Hon. Robert W. Sweet
February 1, 2008
Page 2

cc: Sheldon Palmer, Esq.
Phillip Furgang, Esq.

    (counsel for defendants Peter J. Listro Associates, Inc., Unisar, Inc., Target Corporation, Toys "R" Us, Inc., Amazon.com, Inc., Chelsea & Scott, Ltd. and Wal-Mart Stores, Inc., by ECF filing and email)

Michael Rackman, Esq.
Jeffrey Kaden, Esq.
Yuval Marcus, Esq.
David Jaroslawicz, Esq.

    (counsel for defendants Matthew Fischer and Salvatore Guerreri, by ECF filing and email)