# 送達證明書
## Certificate of Service

一、交送達之法院：美國紐約州南部地區地方法院
The Court ordering service: Untited States District Court, Southern Division of New York

二、應受送達人：豪展醫療科技股份有限公司
The Party to be served: AVITA CORPORATION

三、應送達之文書：法院文書繕本乙份。
The Documents to be served: The copy of Court papers.

四、送達之處所：中華民國台灣省台北縣三重市光復路一段78號9樓
The Address to be served: 9F, No. 78, Sec. 1, Kuang Fu Road, SanChung City, Taipei County, Taiwan, R.O.C.

五、送達年月日：中華民國九十七年二月十九日
The Date of Service: February 19, 2008

六、送達方法：超峰快遞（超峰速件運送貨運有限公司）
The way of Service: Express Courier

七、送達人：
The Server:                      中文簽名：
                                 English
                                 Singature:



八、簽收人：
Received By:

簽章（Seal）

九、Contents: 1. Summons in a civil action;
             2. The copy of the Complaint.

十、This Certificate is made in accordance with Article 141(1) of the Civil Proceedings Law of Taiwan, R.O.C. by Ming-Yen Lin of Deep & Far Attorneys-at-Law located at 13th Fl., 27 Sec. 3, Chung San N. Rd., Taipei, Taiwan, R.O.C.

                                 Signed By: _____  February 20, 2008